IN RE PAROLE APPLICATION OF WILLIAM HAWLEY.

February 16, 1984.

Petitions for certification granted. (See 192 *N.J.Super.* 85)

IN RE PAROLE APPLICATION OF WILLIAM HAWLEY.

February 16, 1984.

Cross-petitions for certification granted. (See 192 *N.J.Super.* 85)

STATE OF NEW JERSEY v. CHARLES PAYNE, JR.

February 16, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. SIXTO HUACA.

February 16, 1984.

Petition for certification denied.